United States District Court
Southern District of Texas

**ENTERED**

June 02, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| MANDEEP MANDEEP, | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-01006 |
| | § | |
| WARDEN OF THE RIO GRANDE | § | |
| PROCESSING CENTER, *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

### ORDER

Pending before the Court is Petitioner Mandeep Mandeep's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. 1.)

Having reviewed the Petition, Respondents are hereby **ORDERED** to show cause and submit a response to the habeas petition, (Dkt. 1), and serve it on Petitioner no later than **June 9, 2026**, which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. The Court advises the Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner is **ORDERED** to submit a reply to Respondents' response on or before **June 12, 2026**.

The Clerk of Court is **DIRECTED** to e-mail a copy of Docket Entry No. 1 and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov and Lance.Duke@usdoj.gov.

Additionally, it is further **ORDERED** that Respondents must notify the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** beforehand.

IT IS SO ORDERED.

1 / 2

SIGNED this June 2, 2026.

_____
Diana Saldaña
United States District Judge